**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 11-6527**

───────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

ALRECKA EUGENE MCDOUGALD, a/k/a Alricka McDougald, a/k/a
Alrecka McDougald,

                Defendant - Appellant.

───────────

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.    Thomas David
Schroeder, District Judge. (1:07-cr-00110-TDS-1; 1:10-cv-00466-
TDS-WWD)

───────────

Submitted:  July 28, 2011          Decided:  August 2, 2011

───────────

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Alrecka Eugene McDougald, Appellant Pro Se.    Michael A.
DeFranco, Angela Hewlett Miller, Terri-Lei O'Malley, Assistant
United States Attorneys, Greensboro, North Carolina, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alrecka Eugene McDougald seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing as untimely his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that McDougald has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED